*E-Filed 11/7/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JEFFREY LEW,

    Plaintiff,

  v.

U.S. BANK NATIONAL ASSOCIATION, FCI LENDER SERVICES, AND DOES 1 through 100, inclusive,

    Defendants.

No. C 11-04546 RS

**ORDER CONTINUING HEARING ON MOTION TO DISMISS**

TO ALL PARTIES AND COUNSEL OF RECORD:

The motion hearing on defendants' motion to dismiss, scheduled for November 17, 2011, shall be continued to December 8, 2011 at 1:30 p.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.

Plaintiff is directed that he may file a brief in opposition to defendants' motion to dismiss, in compliance with Local Rule 7-3, by November 22, 2011.

IT IS SO ORDERED.

Dated: 11/7/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE