*E-Filed 11/22/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JEFFREY LEW,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, FCI LENDER SERVICES, AND DOES 1 through 100, inclusive,

    Defendants.

No. C 11-04546 RS

**ORDER**

On September 16, 2011, defendants filed a motion to dismiss, which is set to be heard on December 8, 2011. (Dkt. No. 7). On November 22, plaintiff filed an untimely response to defendants' motion to dismiss, styled as a "Counter Motion to Dismiss Complaint," and noticed it for a hearing, also on December 8. Because plaintiff's filing actual reads as an opposition to defendants' motion to dismiss, and was not timely filed in compliance with Civil Local Rule 7-2, it will be construed as an opposition to defendants' motion to dismiss. Defendants may, if they elect, file a reply by November 30, 2011.

IT IS SO ORDERED.

Dated: 11/22/11

    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

No. C 11-04546 RS
ORDER