ERIC M. ALDERETE (CA 199565)
eric.alderete@usbank.com
U.S. BANK NATIONAL ASSOCIATION
3121 Michelson Drive, Suite 500
Irvine, CA 92612
Telephone: 949.798.6781
Facsimile: 949.798.4258

NOSSAMAN LLP
ROBERT S. MCWHORTER (CA 226186)
rmcwhorter@nossaman.com
EUNICE C. MAJAM-SIMPSON (CA 232450)
emajam-simpson@nossaman.com
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone: 916.442.8888
Facsimile: 916.442.0382

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN
INTEREST TO THE FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND
LOAN ASSOCIATION, F.A., AND FCI LENDER SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY LEW,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, FCI LENDER SERVICES, AND DOES 1 through 100, inclusive<br><br>　　　　Defendants. | Case No:　CV 11-04546 RS<br><br>[~~PROPOS~~ED] ORDER GRANTING MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PURSUANT TO L.R. 16-2(D)　AS MODIFIED BY THE COURT<br><br>Judge:　Hon. Richard Seeborg<br>Crtm:　3, 17th Floor<br>Date:<br>Time:<br><br>[Complaint Filed:　September 9, 2011] |

This matter came before this Court on U.S. Bank National Association, Successor in Interest To The Federal Deposit Insurance Corporation as Receiver of Downey Savings & Loan Association, F.A. ("U.S. Bank") and FCI Lender Services, Inc.'s ("FCI") (collectively "Defendants") Motion for Relief from Case Management Schedule pursuant to Local Rule 16-2(d). This Court, finding good cause exists, enters this Order as follows:

**IT IS HEREBY ORDERED THAT:**

Defendants' Motion for Relief from Case Management Schedule is GRANTED. The modified Case Management Schedule will be as follows:

March 30, 2012 ~~April 30, 2012~~ - Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

April 5, 2012 ~~May 6, 2012~~ - Initial Case Management Conference in Courtroom 3, 17th floor ~~G, 15th floor~~, at 10:00 a.m. ~~1:30 p.m.~~

**IT IS SO ORDERED.**

Dated: ~~12/2/11~~ 12/21/11

_____
HON. RICHARD SEEBORG

125240_1.DOC

[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE